Order issued September 19 , 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-11-00716-CR

**JEREMY D. LACOUR, Appellant**

V.

**THE STATE OF TEXAS, Appellee**

## ORDER

The Court **GRANTS** appellant's September 12, 2012 request for an extension of time to file his pro se response to counsel's *Anders* brief. We **ORDER** appellant to file his response by **NOVEMBER 26, 2012**. No further extensions will be granted.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Jeremy Lacour, TDCJ No. 1717903, Connally Unit, 899 F.M. 632, Kenedy, Texas 78119.

DAVID L. BRIDGES
JUSTICE